S/UEINOUIN, S.

7/2/07

ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Defendants
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
David B. Chenkin (DC 4618)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOLA M. DEWOLF and LAURA A. WATTS,<br><br>Plaintiffs,<br><br>- against -<br><br>COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER, COUNTRYWIDE HOME LOANS, INC. LP, and COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Defendants. | Case No.: 07 CIV 4072 (SAS)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, that the time for defendants to respond to the summons and complaint is extended to and including July 23, 2007.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and that facsimile copies shall be deemed originals for all purposes.

There has been no previous request for an extension of time. The original time to respond to the complaint is June 19, 2007.

Dated: New York, New York
June _1_, 2007

SHEARMAN & STERLING LLP

By: _____
James L. Garrity, Jr. (JG 8389)
Kenneth S. Prince (KP 6719)
David M. Sollors (DS 7328)
Attorneys for Plaintiffs
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

and

David S. Buckel, Esq.
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, Suite 1500
New York, New York 10005
(212) 809-8585

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
David B. Chenkin (DC 4618)
Attorneys for Defendants
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED

_____
U.S.D.J.    7/2/07

504627.01/2327-001/DBC