7/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ADOLA M. DEWOLF and LAURA A. WATTS, | STIPULATION AND ORDER |
| Plaintiffs, | |
| vs. | No. 4072 Civ. 2007 |
| COUNTRYWIDE FINANCIAL CORPORATION, | |
| COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER, | |
| COUNTRYWIDE HOME LOANS, INC. LP, and | |
| COUNTRYWIDE HOME LOANS SERVICING LP, | |
| Defendants. | |

RECEIVED
CHAMBERS OF
JUL - 5 2007

## STIPULATION AND ORDER

It is hereby STIPULATED AND AGREED by and between the parties listed below through their respective counsel that the Initial Pretrial Conference scheduled for July 10, 2007 be adjourned until ~~August~~ July 31, 2007 at 4:30.

Dated: June 30, 2007.

_____
James L. Garrity Jr. (JG 8389)
Kenneth S. Prince (KP 6719)
David M. Sollors (DS 7328)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000 (phone)
(646) 848-4000 (fax)

David S. Buckel (DB 2346)
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, Suite 1500
New York, NY 10005
(212) 809-8585 (phone)
(212) 809-0055 (fax)

*Counsel for Plaintiffs*

_____
David B. Chenkin (DC 4618)
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400
Fax: (212) 753-0396

*Counsel for Defendants*


So Ordered.

_____
U.S.D.J.

July 5, 2007