UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOLA M. DEWOLF and LAURA A. WATTS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION,<br><br>COUNTRYWIDE HOME LOANS, INC.<br>d/b/a AMERICA'S WHOLESALE LENDER,<br><br>COUNTRYWIDE HOME LOANS, INC. LP, and<br><br>COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Defendants. | ORDER FOR ADMISSION *PRO HAC VICE*<br><br>No. 4072 Civ. 2007 (SAS) |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED, pursuant to Local Rule 1.3C and Rule III.C of the Court's Individual Rules and Procedures, that Beau W. Buffier of Shearman & Sterling LLP is admitted pro hac vice to represent the Plaintiffs in this matter.

DATED: Jul 31, 2007

Hon. Shira Ann Scheindlin, U.S.D.J.