UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADOLA M. DEWOLF and LAURA A. WATTS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION,<br><br>COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER,<br><br>COUNTRYWIDE HOME LOANS, INC. LP, and<br><br>COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Defendants. | ) ) ) **NOTICE OF WITHDRAWAL OF COUNSEL** ) ) ) ) ) 2007 Civ. 4072 (SAS) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Now comes David M. Sollors, as one of the attorneys for plaintiffs Adola DeWolf and Laura Watts in the above captioned case, and respectfully gives notice of his withdrawal as counsel for plaintiffs in this matter, and in support thereof, states as follows:

1.   The undersigned, David M. Sollors, has left the employ of the law firm Shearman & Sterling LLP.

2.   Plaintiffs will continue to be represented by the law firm Shearman & Sterling LLP.

3.   No party will be prejudiced by this withdrawal.

2

      WHEREFORE, the undersigned, David M. Sollors, respectfully asks this Court to take notice, and allow, his notice of withdrawal as one of the attorneys for plaintiffs Adola DeWolf and Laura Watts in this matter.

                                      *s/ David M Sollors*  
                                      David M. Sollors

                                      Dated: August 14, 2007