CERTIFICATE OF SERVICE

I, David M. Sollors, attorney for Adola DeWolf and Laura Watts, hereby certify that I caused a true and correct copy of the attached Notice of Withdrawal of Counsel to be served on August 20, 2007 upon the following:

> David B. Chenkin
> Zeichner Ellman & Krause LLP
> 575 Lexington Avenue
> New York, New York 10022
> Telephone: (212) 223-0400
> Fax: (212) 753-0396
>
> *Counsel for Defendants*

Dated: August 20, 2007

*s/ David M Sollors*
David M. Sollors
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022-6069
Tel: (212) 848-4000
Fax: (212) 848-7179