UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ADOLA M. DEWOLF and LAURA A. WATTS,

    Plaintiffs,

vs.

COUNTRYWIDE FINANCIAL CORPORATION,

COUNTRYWIDE HOME LOANS, INC.
d/b/a AMERICA'S WHOLESALE LENDER,

COUNTRYWIDE HOME LOANS, INC. LP, and

COUNTRYWIDE HOME LOANS SERVICING LP,

    Defendants.

No. 4072 Civ. 2007 (SAS)

## [Proposed] ORDER

The following is HEREBY ORDERED:

1.    Defendants' time for filing an answer is extended to January 4, 2008.

2.    The date for depositions to be completed as described in the original Scheduling Order is extended to May 23, 2008.

3.    The date by which parties shall exchange Rule 34 Requests for Production is extended to on or before January 22, 2008 and the date by which they shall exchange written responses thereto is extended to February 22, 2008.

4.    The date by which parties shall make required Rule 26(a)(2) disclosures with respect to expert witnesses is extended to on or before April 14, 2008. The date by which parties shall make required Rule 26(a)(2) disclosures with respect to rebuttal expert witnesses is extended to on or before June 9, 2008.

5.    The date by which Plaintiffs will supply pre-trial order matters to Defendants is extended to on or before July 25, 2008.

6.    The date by which all discovery, including any depositions of experts or other witnesses, shall be completed is extended to on or before July 8, 2008.

7.  The date by which a joint pretrial order in the form prescribed in Judge Scheindlin's individual rules shall be filed is extended to on or before August 22, 2008.

8.  The date of the final pre-trial conference, pursuant to Fed. R. Civ. P. 16(d) is hereby changed to: _April 30, at 4:30 p.m._, 2008.

9.  The date by which parties shall submit a joint proposed Confidentiality Order to the Court is extended to on or before March 14, 2008.

Date: _September 26, 2007_

_____
Hon. Shira Ann Scheindlin, U.S.D.J.