# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179



beau.buffier@sheaman.com
(212) 848-4843

December 19, 2007

By Courier



The Honorable Shira A. Scheindlin
Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Adola M. DeWolf et al. v. Countrywide Financial Corporation et al., Case No. 07 Civ. 4072 (SAS)

Dear Judge Scheindlin,

We represent the plaintiffs in the above-referenced case, and write requesting a conference to discuss scheduling. Currently, the defendants are scheduled to serve an Answer to our Complaint by January 4, 2008. Significant progress has been made in our negotiations to date; however, given the various non-parties and complexity of the issues involved, both sides believe that more time is needed to implement the solutions we have discussed.

Negotiations have included not only defendants, but other important players in the mortgage industry. As mentioned in our previous correspondence with you, the aim of these discussions is to create an industry-wide solution to the problems facing same-sex domestic partners in mortgage transactions similar to those described in our Complaint. To that end, Fannie Mae, a leader in the mortgage industry, has recently become involved in our discussions.

We have had numerous conversations with Fannie Mae and Countrywide to better understand the concerns and constraints that gave rise to this case. We believe we are close to arriving at a solution that will resolve this action and should also have a broader application for similarly-situated persons. Fannie Mae has informed us that it is vetting solutions internally, but that it does not expect to be able to implement the discussed changes until the second quarter of 2008 given the complexity of the issues.

ABU DHABI | BEIJING | BRUSSELS | DUSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP    A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

The Honorable Shira A. Scheindlin  
Page 2

December 19, 2007

In light of the above, we would be most grateful if our request for a conference with you to discuss scheduling were granted. We also respectfully request that the time for defendants to answer, and the January 9. 2007 conference with Judge Pitman, be suspended pending the requested conference.

Sincerely,

*[signature]*

Beau W. Buffier

cc: Hon. Henry Pitman   (delivery by courier)  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
United States Courthouse  
500 Pearl Street, Room 750  
New York, New York 10007

David B. Chenkin, Esq.  (delivery by courier)  
Zeichner Ellman & Krause LLP  
575 Lexington Avenue – 10th Floor  
New York, NY 10022  
Phone – (212) 826-5319  
Fax – (212) 753-0396

*[Handwritten annotation:]* Plaintiffs' request for a conference is granted. A conference is scheduled for Jan. 4, 2008, at 2:00 p.m.

Date: Dec. 21, 2007

SO ORDERED:

*[signature]*

Shira A. Scheindlin, USDJ

NYDOCS04/485777.2