UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ADOLA M. DEWOLF,

                Plaintiff,

   -against-

COUNTRYWIDE FIN. CORP., et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

**SUSPENSE ORDER**

07 Civ. 4072 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      IT IS HEREBY ORDERED that the above-captioned case be placed on the suspense docket. The parties are directed to provide Chambers with a status report in July 2008. The Clerk of the Court is directed to place this case on the suspense docket until further notice.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
           January 4, 2008

- Appearances -

**For Plaintiff:**

Bean Buffier, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 868-4863

**For Defendants:**

David B. Chenkin, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 826-5319