RECEIVED
CHAMBERS OF
AUG 26 2008
JUDGE SCHEINDLIN

S&S COPY

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-4059
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

*Anthony Rosaro*
*Paul Moylan Clerk*
*Copy Rec'd*
*7/31/08*
*2:06 pm.*

bbuffier@shearman.com
(212) 848-4843

July 31, 2008

By Courier

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Adola M. DeWolf et al. v. Countrywide Financial Corporation et al., Case No. 07 Civ. 4072 (SAS)

Dear Judge Scheindlin,

We represent the plaintiffs in the above-referenced case, which is currently on a suspense docket as of our last conference on January 4, 2008. We were directed to provide you with a status report in July. We write to extend the placement of this case on the suspense docket until October, 2008. Over the past few months we have continued to discuss settlement with defendants. Given the recent progress, both sides would like this case to remain on the suspense docket.

Throughout this process, as previously discussed with the Court, our goal was to create an industry-wide solution to the problems facing unmarried domestic partners, more specifically same-sex domestic partners, in mortgage transactions similar to those described in our Complaint. Therefore, at defendants' counsel's request, Fannie Mae, a leader in the mortgage industry, became involved in our negotiations.

We believe we are close to a resolution, with an announcement from Fannie Mae expected by the end of September 2008 signaling a change in their servicing guidelines that touch on the heart of this action. The new guidelines will allow a person to add a domestic partner as an additional obligor and titleholder without triggering the "due-on-sale clause." The changed

ABU DHABI | BEIJING | BRUSSELS | DUSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SAO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

*Request granted. Case will remain on the suspense docket but an update must be submitted by October 29, 2008.*

*bcc: [signature] 8/27/08*

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

David B. Chenkin, Esq. (delivery by courier)
Zeichner Ellman & Krause LLP
575 Lexington Avenue – 10th Floor
New York, NY 10022
Phone – (212) 826-5319
Fax – (212) 753-0396